FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET WARDLE, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>USAA CASUALITY INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　　　　Defendant. | No.   2:20-cv-00212-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 10, 2021, the parties filed a stipulated dismissal, ECF No. 22. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

   **1.**   The parties' Stipulated Order for Dismissal with Prejudice, **ECF No. 22**, is **GRANTED**.

   **2.**   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

   **3.**   All pending motions are **DENIED AS MOOT**.

   **4.**   All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 11th day of March 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2